Others, Appellants.— Motion to dismiss appeals taken by the Attorney-General, Lewis Nixon, as Public Service Commission of the State of New York, and the district attorney of Richmond county, for failure to serve papers, etc., granted without costs, said appellants not appearing or opposing the motion. Similar motion to dismiss appeal taken by the city of New York denied on condition that said appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached, without prejudice to the right of the plaintiff to move to dismiss the appeal upon the ground that the city is not a party aggrieved. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

ANNA ONOFRIO, Appellant, v. AGNES MANGIALETTE and THE PEOPLE OF THE STATE OF NEW YORK, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Mann'ng, Kelby and Young, JJ.

PEPPARD REALTY COMPANY, INC., Respondent, v. EMIL F. EMDON, Appellant. JOSEPH FRIED, Petitioner, Appellant.— Motion to omit certain papers from the record on appeal and consolidating appeals denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PERRY PHILLIPS, Appellant.— Motion for reargument granted upon points, *first*, whether the requirements of Penal Law, section 2013, as to the evidence sufficient to convict in a case of rape, apply to a case of attempted rape; *second*, whether or not there is in this case sufficient supporting evidence. Case set down for the first day of the November term. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS V. EVENS, Appellant, v. ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings, Borough of Brooklyn, City of New York, Respondent.— Return filed showing compliance with writ issued by this court. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

THOMAS F. ROCHFORD and EMMA L. BUSH, Appellants, v. JOSEPH FRIED and Others, Respondents.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

THOMAS F. ROCHFORD and EMMA L. BUSH, Appellants, v. JOSEPH FRIED and Others, Respondents.— Motion to dispense with printing record denied. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

EUGENE A. RUDIGER and JOHN M. RUDIGER, Respondents, v. JAMES S. COLEMAN and Others, Appellants.— Motion granted to the extent of making the following additional finding, to wit, that the stone which was taken for said Guardian Building amounted to 2,300 cubic feet and was of the fair and reasonable value of fifty-five cents per cubic foot, amounting in all to $1,265; otherwise, motion denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ. Settle order on notice before Mr. Justice Young.